```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )              4:97CR3009
              Plaintiff,        )
                                )
     vs.                        )              ORDER
                                )
GLEN L. GRIESS,                 )
                                )
              Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at **1:30 p.m. on July 28, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: July 20, 2006.

BY THE COURT

s/ David L. Piester

_____
David L. Piester
United States Magistrate Judge