IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:97CR3009 |
| ) | |
| GLEN GRIESS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 77, now set for July 28, 2006, at 1:30 p.m. until a date certain in approximately three to four weeks. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 29th day of August, 2006, at 1:00 p.m. The defendant is ordered to appear at such time.

July 27, 2006.                                  BY THE COURT:

                                                s/ Richard G. Kopf
                                                United States District Judge