IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GLEN L. GRIESS, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that Defendant Griess' revocation hearing is continued to Tuesday, September 26, 2006, at 1:00 p.m., before the undersigned United States District Judge, in the Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 28, 2006.                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge