IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:97CR3009 |
| GLEN GRIESS, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 80, now set for September 26, 2006, at 1:00 p.m. until a date certain in approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 5th day of December, 2006, at 1:00 p.m. The defendant is ordered to appear at such time.

September 22, 2006.                           BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge