IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GLEN L. GRIESS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Griess' revocation hearing has been scheduled before the undersigned United States district judge on Friday, November 17, 2006, at 9:00 a.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

    November 14, 2006.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge